**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Matt Tascon, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:11-cv-11523-RWZ |
| | : |
| Stevens Business Service, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 15, 2011

                Respectfully submitted,

                PLAINTIFF, Matt Tascon

                /s/ Sergei Lemberg

                Sergei Lemberg, Esq.
                B.B.O. No.: 650671
                **LEMBERG & ASSOCIATES L.L.C.**
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (877) 795-3666
                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 15, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg_____

              Sergei Lemberg